GEORGE COCHRANE's Executor, etc., et al., Appellants, *v.* OLIVER B. INGERSOLL, Impleaded, etc., Respondent.

The provision of the New Code (§ 1241), declaring that "a judgment may be enforced" in certain specified cases by punishing the judgment-debtor for a contempt, is not imperative; the judgment-creditor has no claim *de jure* that the power should be exercised. Its exercise is in the discretion of the court to which application is made; and that discretion, when fairly exercised, is not reviewable here.

(Argued April 9, 1878; decided April 16, 1878.)

THIS was an appeal from an order of General Term, affirming an order of Special Term, denying a motion for an attachment against defendant Ingersoll as for a contempt. The application was made under section 1241 of the Civil Code, because of alleged refusal on the part of Ingersoll to obey a judgment. *Held,* as above; and that, as the discretion of the court below seemed to have been fairly exercised, the order was not appealable.

*P. V. R. Stanton* for appellants.

*Winchester Britton* for respondent.

*Per Curiam* opinion for dismissal of appeal.
All concur.
Appeal dismissed.